UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 24.23.237.13,<br><br>　　　　　Defendant. | Case Number: 4:22-cv-03347-HSG<br><br>Honorable Haywood S. Gilliam, Jr.<br><br>**ORDER ON PLAINTIFF'S *EX-PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT AND FOR CONTINUANCE OF THE INITIAL CASE MANAGEMENT CONFERENCE (as modified)** |

　　　THIS CAUSE came before the Court upon Plaintiff's *ex-parte* application for entry of an Order extending the time within which to effectuate service on John Doe Defendant with a summons and Complaint and continuance of the Initial Case Management Conference currently scheduled for September 6, 2022, and the Court being duly advised in the premises does hereby:

　　　ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until December 4, 2022 to effectuate service of a summons and Complaint on Defendant and the Telephonic Initial Case Management Conference currently scheduled for September 6, 2022 is continued to January 10, 2023 at 2:00 p.m.

　　　**DONE AND ORDERED**.

Dated: ___8/31/2022___　　　　　　　By: /s/ Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　**United States District Judge**
　　　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.

1

Order on *Ex-Parte* Application for Extension to Effectuate Service and for Continuance of the Initial
Case Management Conference　　　　　　　　　　　　　　　　Case No. 4:22-cv-03347-HSG